UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BREON LEWIS, )<br>    PLAINTIFF, )<br>)<br>v. )<br>)<br>BERNDT & ASSOCIATES, P.C., )<br>    DEFENDANT. )<br>) | NO. 1:16-CV-1212<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Pursuant to the Court's oral opinion made on the record at the close of the bench trial in this matter, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  <u>March 20, 2019</u>                          <u>/s/ Paul L. Maloney</u>
                                                                     Paul L. Maloney
                                                                     United States District Judge